*MOR-1*

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | J. C. Penney Company, Inc. |
| CASE NUMBER: | 20-20182 |
| PROPOSED PLAN DATE: | To be determined |

| | |
|---|---|
| PETITION DATE: | 05/15/20 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Corpus Christi |

## MONTHLY OPERATING REPORT SUMMARY

| (Amounts in Thousands) | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors |
|---|---|---|---|
| **MONTH** | **May-20** | **Jun-20** | **Jul-20** |
| REVENUES (MOR-6) | $273,166 | $621,650 | $564,250 |
| OPERATING INCOME (LOSS) (MOR-6) | ($60,105) | $79,328 | ($164,023) |
| NET INCOME (LOSS) (MOR-6) | ($147,727) | $46,225 | ($342,147) |
| PAYMENTS TO INSIDERS (MOR-9) | $327 | $1,357 | $578 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | $0 | $2,339 | $7,052 |
| TOTAL DISBURSEMENTS (MOR-7) | $125,904 | $473,540 | $703,073 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| EXCESS LIABILITY | ☑ YES | 02/01/21 |
| D&O | ☑ YES | 08/01/21 |
| PROPERTY | ☑ YES | 09/01/21 |
| WORKERS' COMPENSATION | ☑ YES | 02/01/21 |
| VARIOUS | ☑ YES | 08/01/21 |

CHECK ONE

| | Yes | No |
|---|---|---|
| Are all accounts receivable being collected within terms? | ☑ | ☐ |
| Are all post-petition liabilities, including taxes, being paid within terms? | ☑ | ☐ |
| Have all tax returns and other required government filings been timely paid? | ☑ | ☐ |
| Have any pre-petition liabilities been paid? | ☑ | ☐ |
| If so, describe    Payments made consistent with First Day Orders | | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | ☑ | ☐ |
| Were any assets disposed of outside the normal course of business? | ☐ | ☑ |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | ☑ | ☐ |

What is the status of your Plan of Reorganization?    To be filed

| | |
|---|---|
| ATTORNEY NAME: | Matthew D. Cavenaugh |
| FIRM NAME: | Jackson Walker LLP |
| ADDRESS: | 1401 McKinney St., Suite 1900 |
| CITY, STATE, ZIP: | Houston, Texas 77010 |
| TELEPHONE/FAX: | 713.752.4200 |
| EMAIL: | mcavenaugh@jw.com |

| INITIALS |
|---|
| DATE |
| UST USE ONLY |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED    /s/ Steve Whaley          SVP, Principal Accounting Officer & Controller
          (ORIGINAL SIGNATURE)                              TITLE
          Steve Whaley                                      8/31/2020
          (PRINT NAME OF SIGNATORY)                         DATE

*MOR-1*

The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: J. C. Penney Company, Inc. (7077); Future Source LLC (4515); J. C. Penney Corporation, Inc. (3779); J. C. Penney Direct Marketing Services LLC (0058); J. C. Penney Export Merchandising Corporation (5049); J. C. Penney International, Inc. (9820); J. C. Penney Properties, LLC (4302); J. C. Penney Purchasing Corporation (4303); JCP Construction Services, Inc. (7227); JCP Media, Inc. (4085); JCP New Jersey, LLC (2668); JCP Procurement, Inc. (4087); JCP Real Estate Holdings, LLC (7464); JCP Realty, LLC (9537); JCP Telecom Systems, Inc. (5875); JCPenney Puerto Rico, Inc. (7921); JCPenney Services, LLC (5186); jcpSSC, Inc. (8135)

**CASE NAME:** J. C. Penney Company, Inc.
**CASE NUMBER:** 20-20182

## Notes to the Monthly Operating Report

**INTRODUCTION:**

This monthly operating report is unaudited and does not purport to represent financial statements prepared in accordance with GAAP nor is it intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the MOR reflects the assets and liabilities of the Debtors, except where otherwise indicated. Information contained in the MOR has been derived from the Debtors' books and records. Therefore, in order to comply with their obligations to provide monthly operating reports currently during these Chapter 11 Cases, the Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

**GENERAL METHODOLOGY:**

The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report. Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. The Debtors' fiscal periods do not align with calendar months. The fiscal period reported for May 2020 is May 15 - June 6. The fiscal period reported for June 2020 is June 7 - July 4. The fiscal period reported for July 2020 is July 5, 2020 - August 1.

**RESERVATION OF RIGHTS:**

Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

**Notes to MOR-2:**

Balance sheet is presented as the combined total of Debtor entities in these cases and does not include eliminating accounting entries prepared in accordance with GAAP. Furthermore, this information is based on unaudited information, which may not reconcile to the Debtors' final consolidated financial statements for the period. Cash balances in balance sheet include cash not included in bank accounts, such as cash on hand, cash in transit and other accruals.

**Notes to MOR-3:**

Balance sheet is presented as the combined total of Debtor entities in these cases and does not include eliminating accounting entries prepared in accordance with GAAP. Furthermore, this information is based on unaudited information, which may not reconcile to the Debtors' final consolidated financial statements for the period. Accounts payable accruals may include invoices that had not been evaluated as liabilities subject to compromise as of month end. In this report these amounts are assumed to be post-petition obligations, pending the Debtors' normal-course invoice processing assessment.

**CASE NAME:**   J. C. Penney Company, Inc.
**CASE NUMBER:**   20-20182

## Notes to the Monthly Operating Report

| |
|---|
| **Notes to MOR-4:** |
| The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based upon the information available at the time of, and research conducted in connection with, the preparation of this MOR.  As additional information becomes available and further research is conducted, the Debtors' allocation of liabilities between the prepetition and postpetition periods may change.  The liability information, except as otherwise noted, is listed as of the close of business as of the end of the month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this MOR as necessary and appropriate.  Accrued expenses have not been evaluated as liabilities subject to compromise and are subject to material change. |
| |
| **Notes to MOR-5:** |
| Aged post-petition payable variations to balance sheet accounts due to booked prepayments to accounts payable and other accruals. |
| Accounts receivable aged 91 days and older include ordinary course accruals and reserves related to credit card contracts. |
| |
| **Notes to MOR-6:** |
| May amounts are from the entire fiscal month of May, which was May 3 through June 6. |
| |
| **Notes to MOR-7:** |
| Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories and subject to certain terms and conditions. This relief generally was designed to preserve the value of the Debtors' business and assets. The Debtors have paid and continue to pay undisputed post petition obligations in the ordinary course of business. |
| Intercompany receipts and disbursements are excluded from this report. Based on centralized cash management practices, non-Debtor entities may make payments on behalf of other Debtor entities. To conform to U.S. Trustee disbursement reporting requests to track disbursements by Debtor and for purposes of quarterly fee calculations, the Debtors have made a reasonable effort to assign these disbursements to the entity on whose behalf the payment was made.  However, this assignment may differ from the final intercompany accounting. |
| All receipts are allocated to J. C. Penney Corporation, Inc. |
| |
| **Notes to MOR-8:** |
| The Debtors perform all bank account reconciliations in the ordinary course of business.  Copies of the bank account statements and reconciliations are available for inspection upon request by the Office of the United States Trustee.  Store-level zero-balance accounts have not been listed. |
| |
| **Notes to MOR-9:** |
| The list of insiders is consistent with public disclosures of J. C. Penney Company, Inc. and other filings associated with this Chapter 11 case.  Payments to ordinary course professionals or consultants are not included in MOR-9. |

**CASE NAME:** J. C. Penney Company, Inc.
**CASE NUMBER:** 20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-2 - COMPARATIVE BALANCE SHEETS*

PETITION DATE:    05/15/20
DISTRICT OF TEXAS:    Southern
PERIOD:    July 5, 2020 - August 1, 2020

## COMPARATIVE BALANCE SHEETS
### (Amounts in Thousands)

| | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors |
|---|---|---|---|
| *Unaudited* | | | |
| **ASSETS** | **MONTH** | **MONTH** | **MONTH** |
| | May-20 | Jun-20 | Jul-20 |
| **CURRENT ASSETS** | | | |
| Cash and cash equivalents | 718,020 | 1,247,037 | 1,469,980 |
| Inventory | 2,123,673 | 2,016,064 | 1,893,913 |
| Prepaid Exp and Other | 296,958 | 473,327 | 457,975 |
| **TOTAL CURRENT ASSETS** | 3,138,651 | 3,736,428 | 3,821,868 |
| **NONCURRENT ASSETS:** | | | |
| Properties, Net | 3,300,410 | 3,269,178 | 3,170,546 |
| Operating Lease Assets | 914,817 | 908,896 | 775,427 |
| Qualified Prepaid Pension Funded Status | 143,804 | 149,698 | 26,944 |
| Total Other Assets | 648,886 | 637,496 | 631,256 |
| **TOTAL NONCURRENT ASSETS** | 5,007,917 | 4,965,268 | 4,604,173 |
| | | | |
| **TOTAL ASSETS** | **$8,146,568** | **$8,701,696** | **$8,426,041** |

*See MOR Notes
**MOR-2**

CASE NAME:                    J. C. Penney Company, Inc.
CASE NUMBER:                  20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-3 - COMPARATIVE BALANCE SHEETS*

PETITION DATE:                05/15/20
DISTRICT OF TEXAS:            Southern
PERIOD:                       July 5, 2020 - August 1, 2020

# COMPARATIVE BALANCE SHEETS
## (Amounts in Thousands)

| *Unaudited* | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors |
|---|---|---|---|
| **LIABILITIES** | **MONTH** | **MONTH** | **MONTH** |
| | May-20 | Jun-20 | Jul-20 |
| **LIABILITIES** | | | |
| POST-PETITION LIABILITIES (MOR-4) | $3,410,790 | $4,181,572 | $4,440,139 |
| | | | |
| LIABILITIES SUBJECT TO COMPROMISE (LSTC)* | $4,538,924 | $4,276,090 | $4,118,543 |
| | | | |
| **TOTAL LIABILITIES** | $7,949,714 | $8,457,662 | $8,558,682 |
| **EQUITY** | | | |
| Accumulated Other Comprehensive Income | ($320,494) | ($320,462) | ($358,446) |
| Ending Retained Earnings | ($4,395,411) | ($4,349,186) | ($4,656,300) |
| Total Capital Stock | $4,912,759 | $4,913,682 | $4,882,104 |
| **TOTAL EQUITY** | $196,854 | $244,034 | ($132,642) |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | **$8,146,568** | **$8,701,696** | **$8,426,041** |

*See MOR Notes

**MOR-3**

CASE NAME:    J. C. Penney Company, Inc.
CASE NUMBER:    20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-4 - SCHEDULE OF POST-PETITION LIABILITIES*

PETITION DATE:    05/15/20
DISTRICT OF TEXAS:    Southern
PERIOD:    July 5, 2020 - August 1, 2020

## COMPARATIVE BALANCE SHEETS
### (Amounts in Thousands)

| Unaudited | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors |
|---|---|---|---|
| | **MONTH** | **MONTH** | **MONTH** |
| | May-20 | Jun-20 | Jul-20 |
| **Current liabilities:** | | | |
| Merch Accounts Payable | $48,703 | $246,120 | $240,245 |
| Accts Pay and Accrued Exp | 717,131 | 820,136 | 734,563 |
| Deferred Tax, Short Term | 0 | 0 | 5 |
| Debtor in Possession Financing | 0 | 450,000 | 900,000 |
| Short Term Debt | 0 | 0 | 0 |
| Current Operating Lease Liabilities | 98,877 | 101,649 | 72,428 |
| Current Portion of Capital Leases & Notes Payable | 361 | 364 | 346 |
| Current Portion of Long-Term Debt | 1,179,000 | 1,202,000 | 1,204,455 |
| Total current liabilities | $2,044,072 | $2,820,268 | $3,152,043 |
| | | | |
| **Noncurrent liabilities:** | | | |
| Noncurrent Operating Lease Liabilities | $1,065,716 | $1,059,046 | $911,034 |
| Long-Term Capital Leases & Note Payables | $875 | $849 | $930 |
| Long-Term Debt | $0 | $0 | $0 |
| Deferred Taxes, Long Term | $51,152 | $53,263 | $108,353 |
| Other Liabilities | $248,975 | $248,145 | $267,779 |
| Total noncurrent liabilities | $1,366,718 | $1,361,303 | $1,288,097 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | **$3,410,790** | **$4,181,572** | **$4,440,139** |

*See MOR Notes

**MOR-4**

**CASE NAME:**   J. C. Penney Company, Inc.
**CASE NUMBER:**   20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-5 - POST-PETITION AP/AR AGING*

PETITION DATE:   05/15/20
DISTRICT OF TEXAS:   Southern
PERIOD:   July 5, 2020 - August 1, 2020

## AGING OF POST-PETITION PAYABLES
### (Amounts in Thousands)

| Unaudited DAYS | J. C. Penney Consolidated Debtors May-20 | J. C. Penney Consolidated Debtors Jun-20 | J. C. Penney Consolidated Debtors Jul-20 |
|---|---|---|---|
| 0-30 | $11,135 | $8,609 | $25,062 |
| 31-60 | 31,619 | 28,921 | 12,051 |
| 61-90 | 1,532 | 11,533 | (53,242) |
| 91+ | 0 | 2,321 | 1,187 |
| TOTAL | $44,287 | $51,384 | ($14,942) |

## AGING OF ACCOUNTS RECEIVABLES
### (Amounts in Thousands)

| Unaudited DAYS | J. C. Penney Consolidated Debtors May-20 | J. C. Penney Consolidated Debtors Jun-20 | J. C. Penney Consolidated Debtors Jul-20 |
|---|---|---|---|
| 0-30 | $20,056 | $44,259 | $33,058 |
| 31-60 | 56,703 | 7,181 | 32,780 |
| 61-90 | 20,664 | 60,746 | 67,767 |
| 91+ | 55,119 | 76,050 | 49,578 |
| TOTAL | $152,542 | $188,236 | $183,182 |

**MOR-5**

CASE NAME:                                          J. C. Penney Company, Inc.
CASE NUMBER:                                        20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-6 - CONSOLIDATED STATEMENTS OF OPERATIONS*

PETITION DATE:                                      05/15/20
DISTRICT OF TEXAS:                                  Southern
PERIOD:                                             July 5, 2020 - August 1, 2020

## Consolidated Statements of Operations
### (Amounts in Thousands)

| *Unaudited* | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors | J. C. Penney Consolidated Debtors |
|---|---|---|---|
| | **MONTH** May-20 | **MONTH** Jun-20 | **MONTH** Jul-20 |
| **Revenues and other:** | | | |
| Total net sales | 266,144 | 582,085 | 542,262 |
| Credit income and other | 7,022 | 39,565 | 21,987 |
| | $273,166 | $621,650 | $564,250 |
| **Expenses:** | | | |
| Cost of goods sold | 165,518 | 334,090 | 416,656 |
| Selling, general and adminstrative (SG&A) | 113,025 | 164,142 | 179,376 |
| Depreciation and amortization | 49,836 | 41,621 | 69,693 |
| Real estate and other, net | (2,388) | (583) | (1,737) |
| Restructuring and management transition | 7,280 | 3,053 | 64,285 |
| | $333,271 | $542,323 | $728,273 |
| **Other income and (expenses):** | | | |
| Other components of net periodic pension cost/(income) | ($7,741) | ($7,702) | $92,611 |
| (Gain)/loss on extingushment of debt | $0 | $0 | $0 |
| Discontinuance of hedge accounting | 0 | 0 | 0 |
| Net interest expense | 24,533 | 21,687 | 23,125 |
| | 16,792 | 13,985 | 115,736 |
| | | | |
| Reorganization items, net | 71,579 | 17,090 | 70,474 |
| | | | |
| Income (loss) before income taxes | ($148,476) | $48,253 | ($350,233) |
| Income tax expense/(benefit) | (749) | 2,028 | (8,086) |
| Net Income (loss) | ($147,727) | $46,225 | ($342,147) |

*See MOR Notes

**MOR-6**

**CASE NAME:**                                          J. C. Penney Company, Inc.
**CASE NUMBER:**                                        20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-7 - CASH RECEIPTS AND DISBURSEMENTS*

PETITION DATE:                                          05/15/20
DISTRICT OF TEXAS:                                      Southern
PERIOD:                                                 July 5, 2020 - August 1, 2020

## Cash Receipts
### (Amounts in Thousands)

| Company Name | May 2020 | June 2020 | July 2020 | Total to Date |
|---|---|---|---|---|
| J. C. Penney Company, Inc. | $0 | $0 | $0 | $0 |
| J. C. Penney Corporation, Inc. | 282,145 | 805,321 | 585,180 | 1,672,646 |
| JCP Media, Inc. | 0 | 0 | 0 | 0 |
| JCP Procurement, Inc. | 0 | 0 | 0 | 0 |
| J. C. Penney International, Inc. | 0 | 0 | 0 | 0 |
| JCP Telecom Systems, Inc. | 0 | 0 | 0 | 0 |
| JCP Construction Services, Inc. | 0 | 0 | 0 | 0 |
| J. C. Penney Export Merchandising Corporation | 0 | 0 | 0 | 0 |
| J. C. Penney Properties, LLC | 0 | 0 | 0 | 0 |
| JCP Real Estate Holdings, LLC | 0 | 0 | 0 | 0 |
| J. C. Penney Purchasing Corporation | 0 | 0 | 0 | 0 |
| JCP Realty, LLC | 0 | 0 | 0 | 0 |
| JCP New Jersey, LLC | 0 | 0 | 0 | 0 |
| J. C. Penney Direct Marketing Services, LLC | 0 | 0 | 0 | 0 |
| jcpSSC, Inc. | 0 | 0 | 0 | 0 |
| JCPenney Services, LLC | 0 | 0 | 0 | 0 |
| JCPenney Puerto Rico, Inc. | 0 | 0 | 0 | 0 |
| Future Source LLC | 0 | 0 | 0 | 0 |
| **TOTAL** | **$282,145** | **$805,321** | **$585,180** | **$1,672,646** |

*See MOR Notes

**CASE NAME:**  J. C. Penney Company, Inc.
**CASE NUMBER:**  20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-7 - CASH RECEIPTS AND DISBURSEMENTS*

PETITION DATE:  05/15/20
DISTRICT OF TEXAS:  Southern
PERIOD:  July 5, 2020 - August 1, 2020

## Cash Disbursements
### (Amounts in Thousands)

| Company Name | May 2020 | June 2020 | July 2020 | Total to Date |
|---|---|---|---|---|
| J. C. Penney Company, Inc. | $0 | $0 | $0 | $0 |
| J. C. Penney Corporation, Inc. | 93,371 | 382,072 | 459,854 | 935,297 |
| JCP Media, Inc. | 0 | 0 | 0 | 0 |
| JCP Procurement, Inc. | 0 | 0 | 0 | 0 |
| J. C. Penney International, Inc. | 0 | 0 | 0 | 0 |
| JCP Telecom Systems, Inc. | 0 | 0 | 0 | 0 |
| JCP Construction Services, Inc. | 0 | 0 | 0 | 0 |
| J. C. Penney Export Merchandising Corporation | 0 | 0 | 0 | 0 |
| J. C. Penney Properties, LLC | 0 | 0 | 0 | 0 |
| JCP Real Estate Holdings, LLC | 0 | 0 | 0 | 0 |
| J. C. Penney Purchasing Corporation | 0 | 5,562 | 51,685 | 57,247 |
| JCP Realty, LLC | 0 | 0 | 0 | 0 |
| JCP New Jersey, LLC | 0 | 0 | 0 | 0 |
| J. C. Penney Direct Marketing Services, LLC | 0 | 0 | 0 | 0 |
| jcpSSC, Inc. | 32,533 | 85,904 | 191,526 | 309,963 |
| JCPenney Services, LLC | 0 | 0 | 0 | 0 |
| JCPenney Puerto Rico, Inc. | 0 | 1 | 8 | 10 |
| Future Source LLC | 0 | 0 | 0 | 0 |
| **TOTAL** | **$125,904** | **$473,540** | **$703,073** | **$1,302,517** |

*See MOR Notes

**MOR-7**

CASE NAME: J. C. Penney Company, Inc.
CASE NUMBER: 20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-8 - CASH RECONCILIATION*

PETITION DATE: 05/15/20
DISTRICT OF TEXAS: Southern
PERIOD: July 5, 2020 - August 1, 2020

**Bank Account Information**
**(Amounts in Thousands)**

| BANK NAME | COMPANY NAME | ACCOUNT NUMBER ENDING | May 15, 2020 BANK BALANCE | June 6, 2020 BANK BALANCE | July 4, 2020 BANK BALANCE | July 31, 2020 BANK BALANCE |
|---|---|---|---|---|---|---|
| Banco Popular | JC Penney Puerto Rico, Inc. | 3373 | 37,048 | 37,043 | 76,042 | 79,052 |
| BofA | J. C. Penney Corp., Inc. | 1378 | 232,414 | 799,877 | 4,717,548 | 3,480,688 |
| BofA | J. C. Penney Corp., Inc. | 6834 | 149,569 | 547,519 | 4,376,928 | 2,743,795 |
| BBVA Compass Bank | J. C. Penney Corp., Inc. | 1354 | 84,733 | 79,608 | 545,344 | 689,171 |
| Capital One Bank | J. C. Penney Corp., Inc. | 9999 | 44,325 | 150,445 | 453,282 | 6,300 |
| Citizens | J. C. Penney Corp., Inc. | 8591 | 66,627 | 66,627 | 612,002 | 408,270 |
| Fifth Third Bank | J. C. Penney Corp., Inc. | 6336 | 57,916 | 172,699 | 833,656 | 513,674 |
| JPMorgan | J. C. Penney Corp., Inc. | 6550 | 151,810 | 1,408,617 | 4,171,135 | 3,096,058 |
| PNC Bank | J. C. Penney Corp., Inc. | 3218 | 89,083 | 89,083 | 377,349 | 111,019 |
| Regions | J. C. Penney Corp., Inc. | 9589 | 118,188 | 73,522 | 573,160 | 683,194 |
| UMB Bank | J. C. Penney Corp., Inc. | 0683 | 89,028 | 268,423 | 593,264 | 435,158 |
| U.S. Bank | J. C. Penney Corp., Inc. | 8138 | 74,959 | 90,384 | 1,203,128 | 1,180,724 |
| Wells Fargo | J. C. Penney Corp., Inc. | 1923 | 278,275 | 1,036,986 | 4,341,729 | 4,849,766 |
| Wells Fargo | J. C. Penney Corp., Inc. | 8472 | 148,749 | 115,730 | 884,961 | 646,455 |
| Availa Bank | J. C. Penney Corp., Inc. | 0430 | 21,108 | 21,108 | 40,085 | 29,948 |
| Bank Midwest, N. A. | J. C. Penney Corp., Inc. | 1987 | 13,948 | 13,948 | 27,369 | 27,369 |
| Bank of Maysville | J. C. Penney Corp., Inc. | 5506 | 7,723 | 6,779 | 20,956 | 14,818 |
| Bank of the West | J. C. Penney Corp., Inc. | 2365 | 24,836 | 24,836 | 26,915 | 25,671 |
| BB&T | J. C. Penney Corp., Inc. | 7436 | 753,469 | 753,469 | 100,469 | 190,828 |
| BB&T | J. C. Penney Corp., Inc. | 3164 | 8,473 | 11,584 | 73,341 | 104,209 |
| BB&T | J. C. Penney Corp., Inc. | 9537 | (3,010) | 330 | 330 | 330 |
| Chemical Bank | J. C. Penney Corp., Inc. | 3515 | 18,439 | 18,395 | 13,341 | 16,009 |
| Chemical Bank | J. C. Penney Corp., Inc. | 7719 | 19,208 | 19,165 | 52,060 | 46,739 |
| Citizens Bank & Trust | J. C. Penney Corp., Inc. | 4886 | 25,196 | 25,169 | 44,528 | 71,146 |
| Citizens Bank and Trust | J. C. Penney Corp., Inc. | 0593 | 329,041 | 329,041 | 100,041 | 100,041 |
| Commerce Bank | J. C. Penney Corp., Inc. | 3456 | 34,407 | 34,194 | 38,323 | 16,947 |
| Commerce Bank | J. C. Penney Corp., Inc. | 8013 | 332,642 | 332,572 | 100,572 | 205,562 |
| Commerce Bank | J. C. Penney Corp., Inc. | 1484 | 29,840 | 29,840 | 29,840 | 29,840 |
| Equity Bank | J. C. Penney Corp., Inc. | 4302 | 647,559 | 647,559 | 100,000 | 38,917 |
| First Bank and Trust | J. C. Penney Corp., Inc. | 1007 | 5,100 | 5,100 | 7,752 | 66,370 |
| First Commonwealth Bank | J. C. Penney Corp., Inc. | 1752 | 25,938 | 25,938 | 25,938 | 25,938 |
| First Community Bank | J. C. Penney Corp., Inc. | 2869 | 37,471 | 37,326 | 37,326 | 74,341 |
| First Midwest Bank | J. C. Penney Corp., Inc. | 2957 | 32,073 | 32,073 | 104,384 | 104,384 |
| First National Bank & Trust | J. C. Penney Corp., Inc. | 8134 | 5,102 | 5,093 | 5,093 | 87,376 |
| Key Bank | J. C. Penney Corp., Inc. | 1425 | 42,539 | 42,322 | 42,322 | 77,491 |
| Madison Bank & Trust Comp | J. C. Penney Corp., Inc. | 9539 | 3,115 | 3,077 | 3,077 | 13,664 |
| Midwest Community Bank | J. C. Penney Corp., Inc. | 8018 | 1,172,089 | 1,172,089 | 165,083 | 208,575 |
| S & T Bank | J. C. Penney Corp., Inc. | 8436 | 41,424 | 41,348 | 48,010 | 37,572 |
| Sunflower Bank | J. C. Penney Corp., Inc. | 7300 | 55,798 | 55,798 | 0 | 0 |
| TD Banknorth | J. C. Penney Corp., Inc. | 1255 | 136,070 | 136,070 | 136,070 | 195,921 |
| United Bank | J. C. Penney Corp., Inc. | 7371 | 57,193 | 57,113 | 68,034 | 23,269 |
| United Bank | J. C. Penney Corp., Inc. | 0248 | 319,369 | 319,369 | 209,940 | 118,221 |
| United Bank | J. C. Penney Corp., Inc. | 0669 | 51,666 | 51,593 | 52,846 | 15,106 |
| United Bank | J. C. Penney Corp., Inc. | 5674 | 13,580 | 13,580 | 20,738 | 13,433 |
| Wood & Huston Bank | J. C. Penney Corp., Inc. | 4698 | 60,086 | 60,083 | 60,083 | 60,083 |
| BofA | J. C. Penney Corp., Inc. | 0739 | 21,237 | 21,237 | 32,725 | 32,725 |
| Huntington National Bank | J. C. Penney Corp., Inc. | 7184 | 90,941 | 90,639 | 120,123 | 15,801 |
| UMB Bank | J. C. Penney Corp., Inc. | 4838 | 166,308 | 72,558 | 66,860 | 20,808 |
| U.S. Bank | J. C. Penney Corp., Inc. | 4205 | 17,644 | 17,644 | 17,644 | 17,644 |
| U.S. Bank | J. C. Penney Corp., Inc. | 3722 | 117,092 | 117,092 | 145,941 | 145,941 |
| BofA | J. C. Penney Corp., Inc. | 9257 | 17,751,187 | 4,214,086 | 505,915 | 636,392 |
| BofA | J. C. Penney Corp., Inc. | 3516 | 0 | 0 | 0 | 0 |
| BofA | J. C. Penney Corp., Inc. | 1098 | 0 | 0 | 0 | 0 |
| BofA | J. C. Penney Corp., Inc. | 8643 | 4,824 | 74,476 | 0 | 0 |
| BofA | J. C. Penney Corp., Inc. | 8656 | 18,922 | 116,009 | 0 | 0 |
| BofA | J. C. Penney Purchasing Corp. | 0250 | 0 | 0 | 0 | 0 |
| BofA | J. C. Penney Company, Inc. | 2699 | 0 | 0 | 0 | 0 |
| BofA | J. C. Penney Corp., Inc. | 8385 | 297,000,000 | 351,000,000 | 719,000,000 | 618,000,000 |
| BofA | J. C. Penney Corp., Inc. | 1108 | 0 | 0 | 0 | 0 |
| BofA | J. C. Penney Corp., Inc. | 6477 | 0 | 0 | 0 | 0 |
| Citizens | J. C. Penney Corp., Inc. | 9501 | 440 | 4,715 | 4,715 | 4,715 |
| Regions | J. C. Penney Corp., Inc. | 2739 | 1 | 0 | 0 | 0 |
| SunTrust | J. C. Penney Corp., Inc. | 6003 | 1 | 0 | 0 | 0 |
| HSBC | J. C. Penney Corp., Inc. | 2506 | 9,865 | 9,865 | 10,370 | 10,370 |
| Fifth Third Bank | J. C. Penney Corp., Inc. | 4098 | 0 | 6,000,924 | 5,184,503 | 5,185,381 |
| Wells Fargo | J. C. Penney Corp., Inc. | 3794 | 208,031,698 | 208,058,130 | 208,083,712 | 208,083,712 |
| BofA | J. C. Penney Purchasing Corp. | 5766 | 177,972 | 0 | 10,313 | 890,099 |
| HSBC | J. C. Penney Purchasing Corp. | 1074 | 109,896 | 109,896 | 723,166 | 37,485 |
| Wells Fargo | J. C. Penney Purchasing Corp. | 3141 | 43,173 | 23,413 | 5,306,611 | 11,679,396 |
| Wells Fargo | J. C. Penney Corp., Inc. | 8159 | 553,127 | 768,645 | 753,385 | 560,784 |
| Wells Fargo | J. C. Penney Corp., Inc. | 5251 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 9723 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 5191 | 41,713 | 0 | 0 | 0 |
| Wells Fargo | JCP Construction Services, Inc. | 8344 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 4777 | 100,000 | 100,000 | 100,000 | 100,000 |
| Wells Fargo | J. C. Penney Corp., Inc. | 8801 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 3999 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 6033 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 2783 | 0 | 0 | 0 | 0 |
| Wells Fargo | JCP Logistics, Inc. | 3671 | 0 | 0 | 0 | 0 |
| Wells Fargo | jcpSSC, Inc. | 2354 | 372,938 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 4780 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 4209 | 15,290 | 290 | 145,302 | 1,025,953 |
| Wells Fargo | jcpSSC, Inc. | 1761 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Company, Inc. | 2494 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 2274 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Purchasing Corp. | 3567 | 0 | 0 | 0 | 0 |
| Wells Fargo | JCP Logistics, Inc. | 5172 | 0 | 0 | 0 | 0 |
| Wells Fargo | JCP Media, Inc. | 5198 | 0 | 0 | 0 | 0 |
| Wells Fargo | JCP Procurement, Inc. | 5156 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 6677 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 4008 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 4438 | 0 | 0 | 0 | 0 |
| UMB Bank | J. C. Penney Corp., Inc. | 1274 | 678,829 | 323,162 | 231,007 | 192,753 |
| Banco Popular | JC Penney Puerto Rico, Inc. | 3365 | 22,817 | 22,701 | 24,824 | 21,812 |
| Lake Region Bank | J. C. Penney Corp., Inc. | 4897 | 19,901 | 19,901 | 29,491 | 46,009 |
| Lake Region Bank | J. C. Penney Corp., Inc. | 6673 | 0 | 0 | 0 | 0 |
| JPMorgan | J. C. Penney Corp., Inc. | 5280 | 719,461 | 201,286 | 487,833 | 208,482 |
| JPMorgan | J. C. Penney Corp., Inc. | 9062 | 0 | 0 | 0 | 0 |
| JPMorgan | J. C. Penney Corp., Inc. | 4369 | 0 | 0 | 0 | 0 |
| JPMorgan | J. C. Penney Corp., Inc. | 1084 | 100,000 | 122,099 | 100,000 | 100,000 |
| JPMorgan | JC Penney Puerto Rico, Inc. | 4580 | 93,992 | 100,000 | 100,000 | 100,000 |
| JPMorgan | J. C. Penney Corp., Inc. | 2346 | 75,000 | 71,990 | 65,161 | 59,130 |
| JPMorgan | J. C. Penney Company Fund, Inc. | 7997 | 0 | 0 | 0 | 0 |
| JPMorgan | J. C. Penney Corp., Inc. | 5618 | 158,963 | 158,963 | 158,963 | 159,901 |
| JPMorgan | J. C. Penney Corp., Inc. | 8575 | 100,080 | 100,080 | 100,080 | 100,080 |
| JPMorgan | JCP Media, Inc. | 5926 | 23,282 | 23,282 | 23,282 | 23,282 |
| JPMorgan | J. C. Penney Purchasing Corp. | 0188 | 0 | 0 | 0 | 0 |

CASE NAME: J. C. Penney Company, Inc.
CASE NUMBER: 20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR-8 - CASH RECONCILIATION*

PETITION DATE: 05/15/20
DISTRICT OF TEXAS: Southern
PERIOD: July 5, 2020 - August 1, 2020

**Bank Account Information**
**(Amounts in Thousands)**

| BANK NAME | COMPANY NAME | ACCOUNT NUMBER ENDING | May 15, 2020 BANK BALANCE | June 6, 2020 BANK BALANCE | July 4, 2020 BANK BALANCE | July 31, 2020 BANK BALANCE |
|---|---|---|---|---|---|---|
| JPMorgan | JCP Realty, LLC | 2179 | 66,355 | 66,355 | 66,355 | 66,355 |
| JPMorgan | JCP Realty, LLC | 4967 | 0 | 0 | 0 | 0 |
| JPMorgan | JCP Realty, LLC | 5717 | 49,476 | 49,476 | 49,476 | 49,476 |
| BofA | J. C. Penney Properties, Inc. | 6344 | 156,928 | 156,928 | 180,853 | 197,575 |
| BofA | J. C. Penney Purchasing Corp. | 2704 | 0 | 0 | 0 | 0 |
| BofA | JCP Real Estate Holdings, Inc. | 3984 | 0 | 0 | 0 | 0 |
| BofA | JCPenney Services, LLC | 8735 | 0 | 0 | 0 | 0 |
| BofA | J. C. Penney Corp., Inc. | 0922 | 21,805 | 21,805 | 21,805 | 21,805 |
| Wells Fargo | J. C. Penney Corp., Inc. | 4613 | 99,138 | 99,138 | 99,138 | 99,138 |
| Wells Fargo | J. C. Penney Properties, Inc. | 1633 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 2461 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 2479 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 0040 | 25,040 | 25,040 | 25,040 | 25,040 |
| Wells Fargo | J. C. Penney Corp., Inc. | 3697 | 0 | 0 | 0 | 0 |
| Wells Fargo | J. C. Penney Corp., Inc. | 5127 | 0 | 0 | 0 | 0 |
| Wells Fargo | JCP Logistics, Inc. | 7976 | 0 | 0 | 0 | 0 |
| Wells Fargo | JCP Procurement, Inc. | 8922 | 0 | 0 | 0 | 0 |
| State Street Bank & Trust | J. C. Penney Corp., Inc. | 4883 | 334,457 | 334,457 | 117,678 | 117,678 |
| SunTrust | J. C. Penney Company, Inc. | 3952 | 13,380,022 | 13,380,022 | 13,837,712 | 13,837,712 |
| HSBC | J. C. Penney Purchasing Corp. | 4050 | 0 | 0 | 218,102 | 17,118 |
| HSBC | J. C. Penney Purchasing Corp. | 5011 | 0 | 48,027 | 138,549 | 102,077 |
| HSBC | J. C. Penney Purchasing Corp. | 8002 | 0 | 30,612 | 32,762 | 32,848 |
| Askari Commercial Bank Ltd. | J. C. Penney Purchasing Corp. | 6134 | 0 | 172,802 | 60,852 | 65,358 |
| First Commercial Bank | J. C. Penney Purchasing Corp. | 4961 | 0 | 260,752 | 235,750 | 134,292 |
| BofA | J. C. Penney Corp., Inc. | 1639 | 0 | 2,200,000 | 2,200,000 | 2,200,000 |
| Wells Fargo | J. C. Penney Corp., Inc. | 1372 | 0 | 0 | 80,238,864 | 156,008,967 |
| Wells Fargo | J. C. Penney Corp., Inc. | 8942 | 0 | 0 | 6,291,257 | 6,291,191 |
| Citibank | J. C. Penney Corp., Inc. | 2464 | 0 | 14,583,613 | 32,585,467 | 51,709,467 |
| Citibank | J. C. Penney Corp., Inc. | 3497 | N/A | 0 | 0 | 225,000,000 |
| **TOTAL** | | | **$546,714,027** | **$612,634,632** | **$1,103,445,977** | **$1,324,398,192** |

*See MOR Notes

**MOR-8**

CASE NAME:            J. C. Penney Company, Inc.
CASE NUMBER:          20-20182

**UNITED STATES BANKRUPTCY COURT**
*MOR - 9 - PAYMENTS TO INSIDERS AND PROFESSIONALS [1]*

PETITION DATE:        05/15/20
DISTRICT OF TEXAS:    Southern
PERIOD:               July 5, 2020 - August 1, 2020

# PAYMENTS TO INSIDERS AND PROFESSIONALS
## (Amounts in Thousands)

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section
101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH<br>May 2020 | MONTH<br>June 2020 | MONTH<br>July 2020 |
|---|---|---|---|
| **TOTAL INSIDERS (MOR-1)** | **$327** | **$1,357** | **$578** |

| PROFESSIONALS | PERIOD<br>May 2020 | MONTH<br>June 2020 | MONTH<br>July 2020 |
|---|---|---|---|
| ALIXPARTNERS LLP | 0 | 0 | 0 |
| B. RILEY REAL ESTATE LLC | 0 | 0 | 100 |
| CUSHMAN & WAKEFIELD INC. | 0 | 0 | 300 |
| GORDON BROTHERS RETAIL PARTNERS LLC | 0 | 0 | 4,801 |
| JACKSON WALKER LLP | 0 | 0 | 0 |
| KATTEN MUCHIN ROSENMAN LLP | 0 | 0 | 0 |
| KIRKLAND & ELLIS LLP | 0 | 0 | 0 |
| KPMG LLP | 0 | 0 | 0 |
| LAZARD FRERES & CO LLC | 0 | 0 | 0 |
| PRIME CLERK LLC | 0 | 2,339 | 1,291 |
| QUINN EMANUEL URQUHART & SULLIVAN | 0 | 0 | 0 |
| US TRUSTEE | 0 | 0 | 560 |
| **TOTAL PROFESSIONALS (MOR-1)** | **$0** | **$2,339** | **$7,052** |

*See MOR Notes

**MOR-9**