## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 20-20182 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF REJECTION OF UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on June 11, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order on the motion of the above-captioned debtors and debtors in possession (the "Debtors") approving procedures for the rejection of executory contracts and unexpired leases and granting related relief [Docket No. 722] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby provide this "Notice of Rejection of Unexpired Leases" (the "Notice") of their intent to reject the Leases listed in the schedule attached hereto as **Attachment I**. Pursuant to the terms of the Procedures Order, the Leases shall be deemed rejected effective as of the later of (a) the date set forth in the schedule attached hereto as **Attachment I** and (b) the date upon which the Debtors in writing (email sufficient) surrender the premises to the landlord and (i) return the keys, key codes, or security codes, if any, to the affected landlord or (ii) notify the affected landlord in writing (email sufficient) that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to abandon the personal property remaining in or on the property that is the subject of the above-referenced Leases as described in the schedule attached hereto as **Attachment I** (if any). Pursuant to the terms of the Procedures Order, upon entry of the Rejection Order (defined below), the landlord shall be entitled to use or dispose of such abandoned personal property without further notice or order from this Court and without notice or liability for such disposal to the Debtors or any third party.

**PLEASE TAKE FURTHER NOTICE** that, if you object to the Debtors' rejection of one or more of the Leases, or the abandonment of the above-described personal property (if any), listed in the schedule attached hereto as **Attachment I**, you must file and serve by *electronic mail* a written objection so that such objection is filed with the Court and *actually received* no later than fourteen (14) days after the date that the Debtors served this Notice by the following parties:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

(i) counsel for the Debtors, Kirkland & Ellis LLP, Attn.: Rebecca Blake Chaikin (rebecca.chaikin@kirkland.com), Jake William Gordon (jake.gordon@kirkland.com), Nick Krislov (nick.krislov@kirkland.com), and Chris Ceresa (chris.ceresa@kirkland.com); (ii) co-counsel to the Debtors, Jackson Walker L.L.P., Attn.: Matthew D. Cavenaugh (mcavenaugh@jw.com), Jennifer F. Wertz (jwertz@jw.com), Kristhy M. Peguero (kpeguero@jw.com), and Veronica A. Polnick (vpolnick@jw.com); (iii) the United States Trustee (the "U.S. Trustee"), Attn.: Stephen Statham, Esq. (stephen.statham@usdoj.gov) and Hector Duran, Esq. (hector.duran.jr.@usdoj.gov); (iv) counsel to certain first lien creditors, Attn.: Dennis F. Dunne (ddunne@milbank.com), Brian Kinney (bkinney@milbank.com), and Kevin O'Shea (koshea@milbank.com); (v) counsel to the ABL Agent, Attn.: Daniel F. Fiorillo, Esq. (dfiorillo@otterbourg.com) and Chad B. Simon, Esq. (csimon@otterbourg.com); and (vi) counsel to the Committee, Attn:  Cathy Hershcopf (chershcopf@cooley.com), Summer McKee (smckee@cooley.com), Seth Van Aalten (svanaalten@coleschotz.com), and Sarah Carnes (scarnes@coleschotz.com) (clauses (i) through (vi) collectively, the "Rejection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors will include and file with the Court the above-described Leases in a rejection schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Attachment II** (the "Rejection Order").

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served on the Debtors and the Rejection Notice Parties, as specified above, unless such parties agree otherwise in writing, a hearing will be scheduled to consider that objection.  The Leases will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order filed under certificate of counsel resolving the objection as between the objecting party and the Debtors, or upon further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a landlord pursuant to a security deposit or otherwise, the landlord holding such monies may not set-off or recoup or otherwise use such monies without (i) prior approval of the Court or (ii) agreement of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if you have a claim for any damages as a result of the Debtors' rejection of the above-referenced Leases, or the abandonment of the below-described personal property (if any), you must submit a proof of claim by the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, (ii) thirty (30) days after the Rejection Date set forth in the schedule attached hereto as **Attachment I**, and (iii) thirty (30) days after entry of the applicable Rejection Order.  If you do not properly and timely file such proof of claim, you shall be forever barred from asserting any claims for such rejection damages.

Respectfully Submitted,
October 8, 2020

/s/ *Matthew D. Cavenaugh*

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Aparna Yenamandra (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.marcus@kirkland.com |
| kpeguero@jw.com | aparna.yenamandra@kirkland.com |
| vpolnick@jw.com | |

*Co-Counsel to the Debtors* *Co-Counsel to the Debtors*
*and Debtors in Possession* *and Debtors in Possession*

**Attachment I[1]**

**Rejected Leases**

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by each Rejection Counterparty. All Leases listed herein shall have a rejection effective date of October 23, 2020.

**Attachment I**

## Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | LEGACY EQUITY GROUP LLC | Shawn Storhaug | shawn@brookingspm.com | J. C. Penney Corporation, Inc. | Store Lease | 4 | 990 22ND AVE S BROOKINGS, SD 57006 | Miscellaneous FF&E and/or retail fixtures |
| 2 | REGENCY MALL REALTY LLC | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 5 | 9501 ARLINGTON EXPY STE 105 JACKSONVILLE, FL 32225 | Miscellaneous FF&E and/or retail fixtures |
| 3 | FINGERLAKES MALL ACQUISITIONS | Rene Patterson | generalmanager@fingerlakesmall.com | J. C. Penney Corporation, Inc. | Store Lease | 7 | 1579 CLARK STREET RD AUBURN, NY 13021 | Miscellaneous FF&E and/or retail fixtures |
| 4 | GALLERIA ROCK HILL, LLC | Amani Abdul | adabdul@collettre.com | J. C. Penney Corporation, Inc. | Store Lease | 89 | 2321 DAVE LYLE BLVD ROCK HILL, SC 29730 | Miscellaneous FF&E and/or retail fixtures |
| 5 | LILAC MALL ASSOCIATES | Jim Kempner | jim@kempnerproperties.com | J. C. Penney Corporation, Inc. | Store Lease | 133 | 25 LILAC MALL (RT 125) ROCHESTER, NH 3867 | Miscellaneous FF&E and/or retail fixtures |
| 6 | TIMBER CREEK OWNER LP | Teresa Parker | tparker@theretailconnection.net | J. C. Penney Properties, LLC | Store Lease | 179 | 6051 SKILLMAN ST DALLAS, TX 75231 | Miscellaneous FF&E and/or retail fixtures |
| 7 | PETRIE ROSS VENTURES | Walt Petrie | wp@petrieross.com | J. C. Penney Corporation, Inc. | Store Lease | 194 | 9100 MCHUGH DR STE 576 LANHAM, MD 20706 | Miscellaneous FF&E and/or retail fixtures |
| 8 | BOULEVARD AT BOX HILL 5, LLC | Michelle Schiffer | mschiffer@ggcommercial.com | J. C. Penney Properties, LLC | Store Lease | 209 | 3411 MERCHANT BLVD ABINGDON, MD 21009 | Miscellaneous FF&E and/or retail fixtures |
| 9 | Namdar | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 221 | 1155 CARLISLE ST HANOVER, PA 17331 | Miscellaneous FF&E and/or retail fixtures |
| 10 | MUNNCIE MALL LLC | Dan Scott | dan.scott@washingtonprime.com | J. C. Penney Corporation, Inc. | Store Lease | 253 | 3501 GRANVILLE AVE MUNCIE, IN 47303 | Miscellaneous FF&E and/or retail fixtures |
| 11 | JONES LANG LASALLE | Lisa Eberts | lisaeberts@BVBproperties.com | J. C. Penney Corporation, Inc. | Store Lease | 287 | 901 US 27 N STE 150 SEBRING, FL 33870 | Miscellaneous FF&E and/or retail fixtures |
| 12 | VINCENNES CENTER, LLC | Gabriel Jeidel | gjeidel@gjpropertygroup.com | J. C. Penney Corporation, Inc. | Store Lease | 309 | 640 NIBLACK BLVD VINCENNES, IN 47591 | Miscellaneous FF&E and/or retail fixtures |
| 13 | LAVALE ASSOCIATES II LLC | Ron Iemma | roni@gumberg.com | J. C. Penney Corporation, Inc. | Store Lease | 373 | 1262 VOCKE RD STE 300 LA VALE, MD 21502 | Miscellaneous FF&E and/or retail fixtures |
| 14 | WARWICK REALTY LLC | Gary Hurand | info@mgtdiv.com | J. C. Penney Corporation, Inc. | Store Lease | 400 | 125 S MICHIGAN AVE BIG RAPIDS, MI 49307 | Miscellaneous FF&E and/or retail fixtures |
| 15 | DLC MANAGEMENT CORP. | Adam Ifshin | aifshin@dlcmgmt.com | J. C. Penney Corporation, Inc. | Store Lease | 426 | 251 HIGH ST TORRINGTON, CT 6790 | Miscellaneous FF&E and/or retail fixtures |
| 16 | CONESTOGA REALTY LLC | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 456 | 3404 W 13TH ST GRAND ISLAND, NE 68803 | Miscellaneous FF&E and/or retail fixtures |
| 17 | BOBENAL INVESTMENTS | Andrew Fine | andrew@thebobenalgroup.com | J. C. Penney Corporation, Inc. | Store Lease | 528 | 1680 WRIGHT AVE ALMA, MI 48801 | Miscellaneous FF&E and/or retail fixtures |
| 18 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 581 | 800 S JAMES CAMPBELL BLVD COLUMBIA, TN 38401 | Miscellaneous FF&E and/or retail fixtures |
| 19 | FASHION CENTER REALTY, LLC | Samson Pinter | samson@msrealtygroup.net | J. C. Penney Corporation, Inc. | Store Lease | 608 | 814 US HWY 62-65 N STE 27 HARRISON, AR 72601 | Miscellaneous FF&E and/or retail fixtures |
| 20 | ASHTABULA REALTY HOLDING, LLC | Mike Kohan | mikekohen@yahoo.com | J. C. Penney Corporation, Inc. | Store Lease | 647 | 3315 N RIDGE RD E STE 100 ASHTABULA, OH 44004 | Miscellaneous FF&E and/or retail fixtures |
| 21 | SOLID CAP PROPERTIES, LLC | Anita Artelejo | anita.artalejo@riowestmall.com | J. C. Penney Corporation, Inc. | Store Lease | 671 | 3199 N WHITE SANDS ALAMOGORDO, NM 88310 | Miscellaneous FF&E and/or retail fixtures |

## Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 22 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 681 | 2101 FT HENRY DR KINGSPORT, TN 37664 | Miscellaneous FF&E and/or retail fixtures |
| 23 | HENDON | Charlie Hendon | charlie@hendonproperties.com | J. C. Penney Corporation, Inc. | Store Lease | 687 | 3700 ATLANTA HWY ATHENS, GA 30606 | Miscellaneous FF&E and/or retail fixtures |
| 24 | HOWARD PROPERTY PARTNERS LLC | Larry Rellinger | larry@rellinger.com | J. C. Penney Corporation, Inc. | Store Lease | 703 | 408 E MITCHELL ST PETOSKEY, MI 49770 | Miscellaneous FF&E and/or retail fixtures |
| 25 | TBB ORLANDO, LLC | Paul Motta | mottap@urbanretail.com | J. C. Penney Corporation, Inc. | Store Lease | 709 | 3115 E COLONIAL DR ORLANDO, FL 32803 | Miscellaneous FF&E and/or retail fixtures |
| 26 | DURANGO MALL LLC | Kim Rathbun | kim@durangomall.com | J. C. Penney Corporation, Inc. | Store Lease | 733 | 800 S CAMINO DEL RIO DURANGO, CO 81301 | Miscellaneous FF&E and/or retail fixtures |
| 27 | VERITAS | Amy Tharp | amy@veritasrealty.com | J. C. Penney Corporation, Inc. | Store Lease | 780 | 1718 E BLVD KOKOMO, IN 46902 | Miscellaneous FF&E and/or retail fixtures |
| 28 | SAWMILL SQUARE ASSOC | Richard Greene | sawmillsquare@bellsouth.net | J. C. Penney Corporation, Inc. | Store Lease | 830 | 910 SAWMILL RD LAUREL, MS 39440 | Miscellaneous FF&E and/or retail fixtures |
| 29 | STOCKBRIDGE LAKESHORE, LLC | Dr. Mahmoud Al Hadidi | dr.malhadidi@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 895 | 150 PEARL NIX PKWY GAINESVILLE, GA 30501 | Miscellaneous FF&E and/or retail fixtures |
| 30 | Lionheart | Ashley Thornburg | ashleyt@lionheart.com | J. C. Penney Corporation, Inc. | Store Lease | 910 | 4129 E WILDER RD BAY CITY, MI 48706 | Miscellaneous FF&E and/or retail fixtures |
| 31 | AGREE | Joey Agree | leasing@agreerealty.com | J. C. Penney Corporation, Inc. | Store Lease | 921 | 2231 S MISSION RD MT PLEASANT, MI 48858 | Miscellaneous FF&E and/or retail fixtures |
| 32 | MULTI STATE HOLDINGS | General Contact | mellorpark@yahoo.com | J. C. Penney Corporation, Inc. | Store Lease | 965 | 1845 N WEST AVE EL DORADO, AR 71730 | Miscellaneous FF&E and/or retail fixtures |
| 33 | EUGENE P. MURPHY DBA TANDY TOWN | Gene Murphy | zephyr98@earthlink.net | J. C. Penney Corporation, Inc. | Store Lease | 1116 | 1744 E CARL ALBERT PKWY MCALESTER, OK 74501 | Miscellaneous FF&E and/or retail fixtures |
| 34 | TKG | Corey Wiemann | cwiemann@thekroenkegroup.com | J. C. Penney Corporation, Inc. | Store Lease | 1130 | 3501 E BROADWAY TUCSON, AZ 85716 | Miscellaneous FF&E and/or retail fixtures |
| 35 | ETHAN CONRAD | Chase Burke | chase@ethanconradprop.com | J. C. Penney Corporation, Inc. | Store Lease | 1142 | 951 W PACHECO BLVD LOS BANOS, CA 93635 | Miscellaneous FF&E and/or retail fixtures |
| 36 | JONES LANG LASALLE | Garr Herring | gar.herring@am.jll.com | J. C. Penney Corporation, Inc. | Store Lease | 1148 | 300 MARY ESTHER BLVD MARY ESTHER, FL 32569 | Miscellaneous FF&E and/or retail fixtures |
| 37 | LEWISTON CENTER PARTNERSHIP | Joan Peterson | Joan Peterson <jpeterson@lewistoncenter.com> | J. C. Penney Corporation, Inc. | Store Lease | 1165 | 1826 19TH AVE LEWISTON, ID 83501 | Miscellaneous FF&E and/or retail fixtures |
| 38 | MARSHALLTOWN CENTER IO LLC | William Winterburn | wwinterburn@lerner.com | J. C. Penney Corporation, Inc. | Store Lease | 1228 | 2500 S CENTER ST MARSHALLTOWN, IA 50158 | Miscellaneous FF&E and/or retail fixtures |
| 39 | MOEHN FAMILY, L.L.C | Paul Milligan | paul.milligan@csbcarroll.com | J. C. Penney Corporation, Inc. | Store Lease | 1240 | 504 N ADAMS ST CARROLL, IA 51401 | Miscellaneous FF&E and/or retail fixtures |
| 40 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 1315 | 325 NORTHSIDE DR E STE 25 STATESBORO, GA 30458 | Miscellaneous FF&E and/or retail fixtures |
| 41 | B. C. WOOD COMPANIES | Lee Cowden | lcowden@bcwoodproperties.com | J. C. Penney Corporation, Inc. | Store Lease | 1322 | 1560 HOUSTONVILLE RD STE 301 DANVILLE, KY 40422 | Miscellaneous FF&E and/or retail fixtures |
| 42 | REGENCY BEDFORD LLC | Craig Ramey | Ramey, Craig <CraigRamey@regencycenters.com> | J. C. Penney Corporation, Inc. | Store Lease | 1324 | 1118 JAMES AVE BEDFORD, IN 47421 | Miscellaneous FF&E and/or retail fixtures |
| 43 | ALPHA LAKE, LTD | Lawrence Haskins | jack@culpepperrealty.com | J. C. Penney Corporation, Inc. | Store Lease | 1348 | 3560 LAMAR AVE HWY 82 PARIS, TX 75460 | Miscellaneous FF&E and/or retail fixtures |

Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 44 | WEINER | Caroline Davis | caroline.davis@wsdevelopment.com | J. C. Penney Corporation, Inc. | Store Lease | 1392 | 250 PLAINFIELD RD UNIT 202 WEST LEBANON, NH 3784 | Miscellaneous FF&E and/or retail fixtures |
| 45 | PYRAMID | Timothy Kelley | timothykelley@pyramidmg.com | J. C. Penney Corporation, Inc. | Store Lease | 1445 | 1 SANGERTOWN SQ STE 55 NEW HARTFORD, NY 13413 | Miscellaneous FF&E and/or retail fixtures |
| 46 | LBJ VENTURES, LLC | BENEDITTO CAROCCIO | ben@fmautobody.com | J. C. Penney Corporation, Inc. | Store Lease | 1512 | 1228 MAIN ST DELANO, CA 93215 | Miscellaneous FF&E and/or retail fixtures |
| 47 | DESOTO OWNERS, LLC | Trina Silenzi | trina@desotomalls.com | J. C. Penney Corporation, Inc. | Store Lease | 1514 | 303 301 BLVD W STE 701 BRADENTON, FL 34205 | Miscellaneous FF&E and/or retail fixtures |
| 48 | CLEARVIEW MALL ASSOCIATES | Ron Iemma | roni@gumberg.com | J. C. Penney Corporation, Inc. | Store Lease | 1535 | 101 CLEARVIEW CIRCLE BUTLER, PA 16001 | Miscellaneous FF&E and/or retail fixtures |
| 49 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 1650 | 301 COX CREEK PKWY (RT 133) FLORENCE, AL 35630 | Miscellaneous FF&E and/or retail fixtures |
| 50 | TSM HOLDINGS, LLC | Matthew Hayden | mhayden@gulfstreament.com | J. C. Penney Corporation, Inc. | Store Lease | 1698 | 5000 FREDERICA ST OWENSBORO, KY 42301 | Miscellaneous FF&E and/or retail fixtures |
| 51 | TIMES SQUARE REALTY LLC | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 1717 | 115 TIMES SQ MALL MT VERNON, IL 62864 | Miscellaneous FF&E and/or retail fixtures |
| 52 | AKRON CENTER ASSOC, LP | Eric Lamm | elamm@execnet.net | J. C. Penney Corporation, Inc. | Store Lease | 1787 | 1500 CANTON RD AKRON, OH 44312 | Miscellaneous FF&E and/or retail fixtures |
| 53 | Brookfield | Chris Pine | chris.pine@brookfieldpropertiesretail.com | J. C. Penney Corporation, Inc. | Store Lease | 1845 | 305 LIBERTY ST NE SALEM, OR 97301 | Miscellaneous FF&E and/or retail fixtures |
| 54 | C. F. SMITH PROPERTIES, INC | Steve Trythall | strythall@cfsmithpg.com | J. C. Penney Corporation, Inc. | Store Lease | 1847 | 1305 E BROAD AVE STE 13 ROCKINGHAM, NC 28379 | Miscellaneous FF&E and/or retail fixtures |
| 55 | RICHMOND SQUARE MALL LLC | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 1860 | 4199 NATIONAL RD E RICHMOND, IN 47374 | Miscellaneous FF&E and/or retail fixtures |
| 56 | BIGGS PARK, INC. | Kenny Biggs | fkbiggs@nc.rr.com | J. C. Penney Corporation, Inc. | Store Lease | 1908 | 2910 N ELM ST LUMBERTON, NC 28358 | Miscellaneous FF&E and/or retail fixtures |
| 57 | STAUNTON MALL LLC | Dennis Russell | dennis@aspreyrealestate.com | J. C. Penney Corporation, Inc. | Store Lease | 1911 | 90 LEE JACKSON HWY STE 1268 STAUNTON, VA 24401 | Miscellaneous FF&E and/or retail fixtures |
| 58 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 1919 | 3100 M L KING JR BLVD NEW BERN, NC 28562 | Miscellaneous FF&E and/or retail fixtures |
| 59 | KNA FAMILY LLC | Bhushan Khanna | bradfordsqky@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 1928 | 4000 FT CAMPBELL BLVD HOPKINSVILLE, KY 42240 | Miscellaneous FF&E and/or retail fixtures |
| 60 | CACHE VALLEY REALTY LLC | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 1934 | 1350 N MAIN ST LOGAN, UT 84341 | Miscellaneous FF&E and/or retail fixtures |
| 61 | CORNING COMPANIES | Lilly Corning | lillycorning@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 1935 | 2825 W MAIN ST STE C BOZEMAN, MT 59718 | Miscellaneous FF&E and/or retail fixtures |
| 62 | ATR CORINTH NORTHLAKE LLC | Kirk Dotson | kirk@atrcorinth.com | J. C. Penney Corporation, Inc. | Store Lease | 1962 | 4840 BRIARCLIFF RD NE ATLANTA, GA 30345 | Miscellaneous FF&E and/or retail fixtures |
| 63 | JUSTER | Gary Juster | gej@justerdevelopment.com | J. C. Penney Corporation, Inc. | Store Lease | 1991 | 99 BENNINGTON SQ BENNINGTON, VT 5201 | Miscellaneous FF&E and/or retail fixtures |
| 64 | 40 BATAVIA CENTRE, LLC | Glenn Chudacoff | glenn@twentylake.com | J. C. Penney Corporation, Inc. | Store Lease | 1997 | 40 BATAVIA CITY CTR BATAVIA, NY 14020 | Miscellaneous FF&E and/or retail fixtures |
| 65 | G&I IX EMPIRE FREEDOM PLAZA LLC | Basil Donnelly | aifshin@dlcmgmt.com | J. C. Penney Corporation, Inc. | Store Lease | 2008 | 205 ERIE BLVD W ROME, NY 13440 | Miscellaneous FF&E and/or retail fixtures |

## Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 66 | ALLIED DEVELOPMENT CO., INC. | Robert Mott | Robert@allied-development.com | J. C. Penney Corporation, Inc. | Store Lease | 2010 | 7900 DAY DR PARMA, OH 44129 | Miscellaneous FF&E and/or retail fixtures |
| 67 | CITY OF PALESTINE | Leslie Cloer | citymanager@palestine-tx.org | J. C. Penney Corporation, Inc. | Store Lease | 2020 | 1930 S LOOP 256 PALESTINE, TX 75801 | Miscellaneous FF&E and/or retail fixtures |
| 68 | MONROE RETAIL GROUP LLC | Todd Routh | toddrouth2685@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 2039 | 1410 SPARTA ST MCMINNVILLE, TN 37110 | Miscellaneous FF&E and/or retail fixtures |
| 69 | MOLLA INVESTMENTS LLC | General Contact | solo214@aol.com | J. C. Penney Corporation, Inc. | Store Lease | 2076 | 2338 US 23 S ALPENA, MI 49707 | Miscellaneous FF&E and/or retail fixtures |
| 70 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 2079 | 325 PIEDMONT DR DANVILLE, VA 24540 | Miscellaneous FF&E and/or retail fixtures |
| 71 | MONROE RETAIL GROUP LLC | Todd Routh | toddrouth2685@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 2089 | 905 N 12TH ST STE 10 MIDDLESBORO, KY 40965 | Miscellaneous FF&E and/or retail fixtures |
| 72 | FOOTHILLS MALL EQUITIES, LLC | Ami Ziff | aziff@timeequities.com | J. C. Penney Corporation, Inc. | Store Lease | 2098 | 101 FOOTHILLS MALL MARYVILLE, TN 37801 | Miscellaneous FF&E and/or retail fixtures |
| 73 | WV CROSSROADS REALTY, LLC | Dennis Brown | Dennis Brown <dbrown@triyar.com> | J. C. Penney Corporation, Inc. | Store Lease | 2105 | 6834 WESLEY ST STE C GREENVILLE, TX 75402 | Miscellaneous FF&E and/or retail fixtures |
| 74 | COVINGTON MALL, LLC | Stephen Saunders | ssaunders@ssaunders.com | J. C. Penney Corporation, Inc. | Store Lease | 2119 | 922 RIVER FALLS ST ANDALUSIA, AL 36420 | Miscellaneous FF&E and/or retail fixtures |
| 75 | SB RETAIL GROUP CARLSBAD LLC | Todd Routh | toddrouth2685@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 2121 | 4125 W OWEN K GARRIOTT RD ENID, OK 73703 | Miscellaneous FF&E and/or retail fixtures |
| 76 | D & L FERGUSON, LLC | Derek Ferguson | dereklferguson@yahoo.com | J. C. Penney Corporation, Inc. | Store Lease | 2122 | 2500 W STATE ST STE 118 ALLIANCE, OH 44601 | Miscellaneous FF&E and/or retail fixtures |
| 77 | ROCKSTEP WILLMAR LLC | Andy Weiner | andyweiner@rockstep.com | J. C. Penney Corporation, Inc. | Store Lease | 2147 | 1605 SOUTH FIRST STREET WILLMAR, MN 56201 | Miscellaneous FF&E and/or retail fixtures |
| 78 | PRINCE OF ORANGE, LLC | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 2152 | 2390 CHESTNUT ST ORANGEBURG, SC 29115 | Miscellaneous FF&E and/or retail fixtures |
| 79 | 99-POWELL, LLC | Darren Dickerhoof | darren@dickerhoof.com | J. C. Penney Corporation, Inc. | Store Lease | 2166 | 1810 FORT JONES RD YREKA, CA 96097 | Miscellaneous FF&E and/or retail fixtures |
| 80 | COOL KIDS, LLC | BRENT MOWINSKI | brent.mowinski@voyafa.com | J. C. Penney Corporation, Inc. | Store Lease | 2196 | 201 S WASHINGTON ST OWOSSO, MI 48867 | Miscellaneous FF&E and/or retail fixtures |
| 81 | RAUL WALTERS PROPERITES | General Contact | stlouis@raulwalters.com | J. C. Penney Corporation, Inc. | Store Lease | 2198 | 2206 S BALTIMORE ST KIRKSVILLE, MO 63501 | Miscellaneous FF&E and/or retail fixtures |
| 82 | FLINTHILLS MALL LLC | David Lewis | dlewis@weigandomega.com | J. C. Penney Corporation, Inc. | Store Lease | 2210 | 1678 INDUSTRIAL RD EMPORIA, KS 66801 | Miscellaneous FF&E and/or retail fixtures |
| 83 | ACTION 49 JUNCTION I LLC | David Nichols | david@apusa1.com | J. C. Penney Corporation, Inc. | Store Lease | 2220 | 2700 LAKE RD DYERSBURG, TN 38024 | Miscellaneous FF&E and/or retail fixtures |
| 84 | WEST HILL GROUP | Marshall Willey | marshallwilley@aol.com | J. C. Penney Corporation, Inc. | Store Lease | 2224 | 2 FINANCIAL PLAZA HUNTSVILLE, TX 77340 | Miscellaneous FF&E and/or retail fixtures |
| 85 | GUMBERG | Ron Iemma | roni@gumberg.com | J. C. Penney Corporation, Inc. | Store Lease | 2225 | 1500 N CLINTON ST DEFIANCE, OH 43512 | Miscellaneous FF&E and/or retail fixtures |
| 86 | LIBERAL PLAZA LLC | Gabriel Jeidel | gjeidel@gjpropertygroup.com | J. C. Penney Corporation, Inc. | Store Lease | 2238 | 1513 N KANSAS AVE LIBERAL, KS 67901 | Miscellaneous FF&E and/or retail fixtures |
| 87 | CENTRAL MALL REALTY HOLDING LLC | David Rhodes | drhodes@igpbusinessgroup.com | J. C. Penney Corporation, Inc. | Store Lease | 2239 | 2259 S 9TH ST SALINA, KS 67401 | Miscellaneous FF&E and/or retail fixtures |
| 88 | BONNER MALL | Jim Koon | jim@cdabroker.com | J. C. Penney Corporation, Inc. | Store Lease | 2243 | 300 BONNER MALL WAY STE 60 PONDERAY, ID 83852 | Miscellaneous FF&E and/or retail fixtures |
| 89 | PYRAMID | Timothy Kelley | timothykelley@pyramidmg.com | J. C. Penney Corporation, Inc. | Store Lease | 2246 | 2001 SOUTH RD (RT 9) POUGHKEEPSIE, NY 12601 | Miscellaneous FF&E and/or retail fixtures |

## Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 90 | PREIT | Dan Herman | Daniel Herman <Dan.Herman@preit.com> | J. C. Penney Corporation, Inc. | Store Lease | 2257 | 2701 DAVID H MCLEOD BLVD FLORENCE, SC 29501 | Miscellaneous FF&E and/or retail fixtures |
| 91 | GREELEY MALL LLC | Shawl Pryor | s.pryor@mlgpllc.com | J. C. Penney Properties, LLC | Store Lease | 2266 | 2080 GREELEY MALL GREELEY, CO 80631 | Miscellaneous FF&E and/or retail fixtures |
| 92 | OOTB SHAWNEE, LLC | Paul Motta | ashleyt@lionheart.com | J. C. Penney Corporation, Inc. | Store Lease | 2279 | 4901 N KICKAPOO AVE STE 4000 SHAWNEE, OK 74804 | Miscellaneous FF&E and/or retail fixtures |
| 93 | ARROWHEAD MALL, LLC | Kathy Wilkinson | kwilkinson@colonialcre.com | J. C. Penney Corporation, Inc. | Store Lease | 2288 | 501 N MAIN ST STE 118 MUSKOGEE, OK 74401 | Miscellaneous FF&E and/or retail fixtures |
| 94 | REGENCY MADISON LLC | Craig Ramey | Ramey, Craig <CraigRamey@regencycenters.com> | J. C. Penney Corporation, Inc. | Store Lease | 2324 | 435 E CLIFTY DR MADISON, IN 47250 | Miscellaneous FF&E and/or retail fixtures |
| 95 | SIMA | Kevin J. Burnes | kburnes@sima.net | J. C. Penney Corporation, Inc. | Store Lease | 2341 | 63455 N HWY 97 STE 93 BEND, OR 97701 | Miscellaneous FF&E and/or retail fixtures |
| 96 | LERNER HEIDENBERG PROPERTIES | Ken Simon | ksimon@heidenbergproperties.com | J. C. Penney Corporation, Inc. | Store Lease | 2342 | 282 BERLIN MALL RD UNIT 19 BERLIN, VT 5602 | Miscellaneous FF&E and/or retail fixtures |
| 97 | MIAMI VALLEY MALL REALTY HOLDING LLC | Mike Kohan | mikekohen@yahoo.com | J. C. Penney Corporation, Inc. | Store Lease | 2343 | 987 E ASH ST PIQUA, OH 45356 | Miscellaneous FF&E and/or retail fixtures |
| 98 | CHASE PROPERTIES LTD | Brendon Ruth | bruth@chaseprop.com | J. C. Penney Corporation, Inc. | Store Lease | 2357 | 1350 PILGRIM LN PLYMOUTH, IN 46563 | Miscellaneous FF&E and/or retail fixtures |
| 99 | WINTER | Doug Winter | jdouglaswinter@aol.com | J. C. Penney Corporation, Inc. | Store Lease | 2358 | 1810 S WEST AVE FREEPORT, IL 61032 | Miscellaneous FF&E and/or retail fixtures |
| 100 | US PROPERTIES GROUP | Cynthia Hicks | chicks@uspginc.com | J. C. Penney Corporation, Inc. | Store Lease | 2372 | 328 ROBERT SMALLS PKWY BEAUFORT, SC 29906 | Miscellaneous FF&E and/or retail fixtures |
| 101 | GREENVILLE WEST LLC | Fred Scalese | fscalese@carnegiecos.com | J. C. Penney Corporation, Inc. | Store Lease | 2381 | 300 GREENVILLE W DR STE 1 GREENVILLE, MI 48838 | Miscellaneous FF&E and/or retail fixtures |
| 102 | FARBMAN | Bill Bubniak | bubniak@farbman.com | J. C. Penney Corporation, Inc. | Store Lease | 2382 | 1550 N MITCHELL ST CADILLAC, MI 49601 | Miscellaneous FF&E and/or retail fixtures |
| 103 | Lionheart | Ashley Thornburg | ashleyt@lionheart.com | J. C. Penney Corporation, Inc. | Store Lease | 2392 | 1600 N STATE RT 50 BOURBONNAIS, IL 60914 | Miscellaneous FF&E and/or retail fixtures |
| 104 | WIDEWATERS GROUP, INC. | Shawn Marie Deforge | sdeforge@widewaters.com | J. C. Penney Corporation, Inc. | Store Lease | 2396 | 3225 STATE RT 364 STE 165 CANANDAIGUA, NY 14424 | Miscellaneous FF&E and/or retail fixtures |
| 105 | RAM PROPERTY DEVELOPMENT, LLC | General Contact | admin@silvamgmt.com | J. C. Penney Corporation, Inc. | Store Lease | 2423 | 780 NW GARDEN VLY BLVD STE 160 ROSEBURG, OR 97471 | Miscellaneous FF&E and/or retail fixtures |
| 106 | SAF INVESTMENTS | Steven Fried | safinvest1@cox.net | J. C. Penney Corporation, Inc. | Store Lease | 2431 | 1100-B HWY 260 COTTONWOOD, AZ 86326 | Miscellaneous FF&E and/or retail fixtures |
| 107 | Doyle Rogers Co. | General Contact | doyrog@sbcglobal.com | J. C. Penney Corporation, Inc. | Store Lease | 2436 | 475 S ST LOUIS ST BATESVILLE, AR 72501 | Miscellaneous FF&E and/or retail fixtures |
| 108 | ROCKSTEP STARKVILLE LLC | Andy Weiner | andyweiner@rockstep.com | J. C. Penney Corporation, Inc. | Store Lease | 2447 | 864 HWY 12 W STARKVILLE, MS 39759 | Miscellaneous FF&E and/or retail fixtures |
| 109 | REGENCY CAMPBELLSVILLE LLC | Craig Ramey | Ramey, Craig <CraigRamey@regencycenters.com> | J. C. Penney Corporation, Inc. | Store Lease | 2449 | 399 CAMPBELLSVILLE BYPASS CAMPBELLSVILLE, KY 42718 | Miscellaneous FF&E and/or retail fixtures |
| 110 | Hull Property Group | Ky Widener | kwidener@hullstoreygibson.com | J. C. Penney Corporation, Inc. | Store Lease | 2452 | 300 MOUNT BERRY SQ NE ROME, GA 30165 | Miscellaneous FF&E and/or retail fixtures |

## Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 111 | PYRAMID | Timothy Kelley | timothykelley@pyramidmg.com | J. C. Penney Corporation, Inc. | Store Lease | 2457 | 9559 DESTINY USA DR SYRACUSE, NY 13290 | Miscellaneous FF&E and/or retail fixtures |
| 112 | CROMEANS | Joe Cromeans Jr | graycromeans@yahoo.com | J. C. Penney Corporation, Inc. | Store Lease | 2458 | 1601 S BROAD SCOTTSBORO, AL 35768 | Miscellaneous FF&E and/or retail fixtures |
| 113 | MIDLAND ATLANTIC | Kyle Nageleisen | knageleisen@midlandatlantic.com | J. C. Penney Corporation, Inc. | Store Lease | 2470 | US 68 S AND AA HWY MAYSVILLE, KY 41056 | Miscellaneous FF&E and/or retail fixtures |
| 114 | MD RUSTON PROPERTIES, LLC | Shane Morrison | shane@morrison-usa.com | J. C. Penney Corporation, Inc. | Store Lease | 2494 | 200 PAUL HUFF PKWY NW STE 44 CLEVELAND, TN 37312 | Miscellaneous FF&E and/or retail fixtures |
| 115 | UNIVERSITY MALL REALTY LLC | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 2503 | 1201 E MAIN CARBONDALE, IL 62901 | Miscellaneous FF&E and/or retail fixtures |
| 116 | STILES | Kenneth Stiles | kenneth.stiles@stiles.com | J. C. Penney Corporation, Inc. | Store Lease | 2622 | 2301 DEL PRADO BLVD STE 700 CAPE CORAL, FL 33990 | Miscellaneous FF&E and/or retail fixtures |
| 117 | MARCH HARE, LLC | Katie Thompson | katie@deeringmanagementgroup.com | J. C. Penney Corporation, Inc. | Store Lease | 2671 | 2180 NE HWY 99 W MCMINNVILLE, OR 97128 | Miscellaneous FF&E and/or retail fixtures |
| 118 | LIBBY | Roberty Libby | rolibby350@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 2672 | 380 N COOPER DR HENDERSON, NC 27536 | Miscellaneous FF&E and/or retail fixtures |
| 119 | TOLSON | Harvey Tolson | dboyte@tolsonent.com | J. C. Penney Corporation, Inc. | Store Lease | 2695 | 16280 DRESDEN AVE SPACE M E LIVERPOOL, OH 43920 | Miscellaneous FF&E and/or retail fixtures |
| 120 | TRACY MALL PARTNERS, LP | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 2698 | 3100 NAGLEE RD TRACY, CA 95304 | Miscellaneous FF&E and/or retail fixtures |
| 121 | STOCKBRIDGE MADISON, LLC | Mahmoud Al-Hadidi | dr.malhadidi@gmail.com | J. C. Penney Corporation, Inc. | Store Lease | 2705 | 501 EAGLE RIDGE DR LAKE WALES, FL 33859 | Miscellaneous FF&E and/or retail fixtures |
| 122 | RCG-WAYCROSS MALL LLC | Michael McMillen | mikem@rcgventures.com | J. C. Penney Corporation, Inc. | Store Lease | 2716 | 2215 MEMORIAL DR WAYCROSS, GA 31501 | Miscellaneous FF&E and/or retail fixtures |
| 123 | OMACHE SHOPPING CENTER LLC | Colin Conway | cconway@naiblack.com | J. C. Penney Corporation, Inc. | Store Lease | 2719 | 715 OMACHE DR OMAK, WA 98841 | Miscellaneous FF&E and/or retail fixtures |
| 124 | PREIT | Dan Herman | Daniel Herman <Dan.Herman@preit.com> | J. C. Penney Corporation, Inc. | Store Lease | 2736 | 3500 EAST WEST HWY STE 1000 HYATTSVILLE, MD 20782 | Miscellaneous FF&E and/or retail fixtures |
| 125 | NINE ISLANDS II, LLC | Joe Vieira | joe@vieiraco.com | J. C. Penney Properties, LLC | Store Lease | 2742 | 1840 COUNTRYSIDE DR TURLOCK, CA 95380 | Miscellaneous FF&E and/or retail fixtures |
| 126 | Lionheart | Ashley Thornburg | ashleyt@lionheart.com | J. C. Penney Corporation, Inc. | Store Lease | 2755 | 120 NIBLICK RD PASO ROBLES, CA 93446 | Miscellaneous FF&E and/or retail fixtures |
| 127 | SYFELD KEENE ASSOCIATES | Judy Mandell | syfeldconsultant@aol.com | J. C. Penney Corporation, Inc. | Store Lease | 2777 | 381 WEST ST KEENE, NH 3431 | Miscellaneous FF&E and/or retail fixtures |
| 128 | BRE DDR RIVERDALE VILLAGE INNER RING LLC | Marielle de la Hoz | mdelahoz@sitecenters.com | J. C. Penney Corporation, Inc. | Store Lease | 2825 | 12550 RIVERDALE BLVD COON RAPIDS, MN 55448 | Miscellaneous FF&E and/or retail fixtures |
| 129 | HOUSTON CHENGDU JINDI LLC | Brandon O'Connell | boconnell@midamericagrp.com | J. C. Penney Corporation, Inc. | Store Lease | 2829 | 13701 GROVE DR MAPLE GROVE, MN 55311 | Miscellaneous FF&E and/or retail fixtures |
| 130 | GCTC HOLDINGS, LLC | Stuart Smith | stuart_smith@cblproperties.com | J. C. Penney Corporation, Inc. | Store Lease | 2843 | 10083 GULF CENTER DR FORT MYERS, FL 33913 | Miscellaneous FF&E and/or retail fixtures |
| 131 | PITT REALTY LLC | Elliot Nassim | Elliot@masonam.com | J. C. Penney Corporation, Inc. | Store Lease | 2847 | 167 PITTSBURGH MILL CIR TARENTUM, PA 15084 | Miscellaneous FF&E and/or retail fixtures |
| 132 | VEREIT | Chuck Vogel | cvogel@vereit.com | J. C. Penney Corporation, Inc. | Store Lease | 2870 | 17610 E 39TH ST S INDEPENDENCE, MO 64055 | Miscellaneous FF&E and/or retail fixtures |

## Lease Rejections - Effective as of October 23, 2020

| No. | Non-Debtor Counterparty | Counterparty Name | Counterparty Address or Email | Debtor Party | Contract Description | Store # | Location Address | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 133 | CYPRESS/SPANISH FORT I, LP | Chris Maguire | Chris.Maguire@CypressEquities.com | J. C. Penney Properties, LLC | Store Lease | 2875 | 22500 TOWN CENTER AVE SPANISH FORT, AL 36527 | Miscellaneous FF&E and/or retail fixtures |
| 134 | KGI | Richard Bornstein | bornstein@thekofflergroup.com | J. C. Penney Corporation, Inc. | Store Lease | 2880 | STATE HWY 16 & RT 302 NORTH CONWAY, NH 3860 | Miscellaneous FF&E and/or retail fixtures |
| 135 | CHRISTOWN 1755, LLC | Robert Nadler | rnadler@kimcorealty.com | J. C. Penney Corporation, Inc. | Store Lease | 2889 | 1727 W BETHANY HOME RD PHOENIX, AZ 85015 | Miscellaneous FF&E and/or retail fixtures |
| 136 | SWG INDIANAPOLIS, LLC | General Contact | awickley@yahoo.com | J. C. Penney Corporation, Inc. | Store Lease | 2901 | 8752 MICHIGAN RD INDIANAPOLIS, IN 46268 | Miscellaneous FF&E and/or retail fixtures |
| 137 | BONIUK INTERESTS LTD | General Contact | mboniuk@bcm.edu | J. C. Penney Corporation, Inc. | Store Lease | 2915 | 135 BOCKMAN DR FORT COLLINS, CO 80525 | Miscellaneous FF&E and/or retail fixtures |
| 138 | RIVER LANDING PROPERTIES, INC. | Timothy Lowe | tlowe@tsgproperties.com | J. C. Penney Properties, LLC | Store Lease | 2932 | 3400 RIO GRANDE AVE MONTROSE, CO 81401 | Miscellaneous FF&E and/or retail fixtures |
| 139 | PLATINUM REALTY | Che Chen Liu & Shu Fen Liu | royolasf@aol.com | J. C. Penney Properties, LLC | Store Lease | 2937 | 14659 RAMONA AVE CHINO, CA 91710 | Miscellaneous FF&E and/or retail fixtures |
| 140 | COLLETT & ASSOCIATES | John Collett | jcollett@collettre.com | J. C. Penney Properties, LLC | Store Lease | 2942 | 7271 SE 29TH ST MIDWEST CITY, OK 73110 | Miscellaneous FF&E and/or retail fixtures |
| 141 | SSC GOVERNORS PLAZA WM, LLC | Julie Engle | jengle@castoinfo.com | J. C. Penney Corporation, Inc. | Store Lease | 2978 | 9365 FIELDS ERTEL RD CINCINNATI, OH 45249 | Miscellaneous FF&E and/or retail fixtures |
| 142 | Bridgestone Retail Operations, LLC | - | Attn: Lease Administration/Real Estate Bridgestone Tower 200 4th Avenue South Nashville, TN 37201 | J. C. Penney Corporation, Inc. | Sublease | 5 / 5410 | 9501 ARLINGTON EXPY STE 105 JACKSONVILLE, FL 32225 | Miscellaneous FF&E and/or retail fixtures |
| 143 | Bridgestone Retail Operations, LLC | - | Attn: Lease Administration/Real Estate Bridgestone Tower 200 4th Avenue South Nashville, TN 37201 | J. C. Penney Corporation, Inc. | Sublease | 1130 / 5303 | 3501 E BROADWAY TUCSON, AZ 85716 | Miscellaneous FF&E and/or retail fixtures |
| 144 | Bridgestone Retail Operations, LLC | - | Attn: Lease Administration/Real Estate Bridgestone Tower 200 4th Avenue South Nashville, TN 37201 | J. C. Penney Corporation, Inc. | Sublease | 1514 / 5410 | 303 301 BLVD W STE 701 BRADENTON, FL 34205 | Miscellaneous FF&E and/or retail fixtures |

**<u>Attachment II</u>**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. [●]** |

### ORDER APPROVING THE ABANDONMENT OF CERTAIN PROPERTY AND THE REJECTION OF CERTAIN UNEXPIRED LEASES

Pursuant to the order approving procedures for the rejection of the Debtors' executory contracts and unexpired leases, and granting related relief (the "Procedures Order")[2] [Docket No. 722] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice to each applicable Rejection Counterparty set forth in the Amended Rejection Schedule attached hereto as **Exhibit A** in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Leases; and due and proper notice of the Procedures Order and Rejection

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

Notice having been provided to each applicable counterparty as set forth in the Amended Rejection Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The rejection of the Leases as set forth in the Amended Rejection Schedule is hereby approved.

2. The Debtors are authorized to abandon any personal property remaining on the leased premises that is disclosed in the applicable Rejection Notice served upon each Rejection Counterparty.  For the avoidance of doubt, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The landlord may use or dispose of such abandoned property without further notice or Court order free and clear of all liens, claims, encumbrances and interests, and without notice or liability, to the Debtors, or any third party; *provided* that such property has been reasonably described in the applicable Rejection Schedule and a Rejection Notice was served upon each Rejection Counterparty.  To the extent applicable, the automatic stay is modified to permit such use or disposition, including but not limited to the transfer of title by the applicable Debtor(s).

3. Any claims against the Debtors arising from the rejection of the Leases as set forth in the Amended Rejection Schedule must be filed no later than the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, (ii) thirty (30) days after the applicable Rejection Date set forth in the Amended Rejection Schedule attached hereto, and (iii) thirty (30) days from the date of this Rejection Order.

4. The Debtors are authorized to take any action necessary to implement the terms of this Rejection Order and the rejection without further order from this Court.

2

5.      The rejection of the Leases as set forth in the Amended Rejection Schedule shall be effective as of the later of (a) the date set forth in the Amended Rejection Schedule and (b) with respect to a Lease, the date upon which the Debtors in writing (email sufficient) surrender the premises to the landlord and (i) return the keys, key codes, or security codes, if any, to the affected landlord or (ii) notify the affected landlord in writing (email sufficient) that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

6.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Rejection Order.

Dated: _____, 2020

                                              JUDGE DAVID R. JONES
                                              UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**[1]

**Amended Rejection Schedule**

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by each Rejection Counterparty.